The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PACIFIC FOOD IMPORTERS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SENTRY INSURANCE COMPANY,<br><br>Defendant. | Case No. 2:22-cv-00869-RSM<br><br>**ORDER TO EXTEND TIME FOR SENTRY INSURANCE COMPANY TO RESPOND TO COMPLAINT**<br><br>NOTE ON MOTION CALENDAR:<br>JUNE 23, 2022 |

Pursuant to the Stipulated Motion of the parties, the court being fully advised and for good cause shown, IT IS SO ORDERED. Defendant Sentry Insurance Company shall have up to and including July 28, 2022, to answer or otherwise respond to the Complaint.

DATED this 24th day of June, 2022.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER TO EXTEND TIME FOR SENTRY INSURANCE COMPANY TO RESPOND TO COMPLAINT  Case No.: 2:22-cv-00869-RSM - 1

SELMAN BREITMAN LLP
600 University Street, Suite 2305
Seattle, WA 98101-4129
T: 206.447.6461  F: 206.588.4185

138 101372 4863-2727-9398 .v1

PRESENTED BY:

SELMAN BREITMAN LLP

By: /s/ *Daniel C. Heath*
Justin S. Landreth, WSBA No. 44849
Daniel C. Heath, WSBA No. 49051
SELMAN BREITMAN LLP
600 University Street, Suite 2305
Seattle, WA 98101-4129
Telephone: 206.447.6461
Facsimile: 206.588.4185
jlandreth@selmanlaw.com
dheath@selmanlaw.com
*Attorneys for Defendant Sentry Insurance Company*

APPROVED AS TO FORM BY:

CORR CRONIN LLP

By:  /s/  *Jeff Bone (signed by Daniel C. Heath with permission)*
Jeff Bone, WSBA No. 43965
CORR CRONIN LLP
1001 Fourth Avenue, Suite 3900
Seattle, WA 98154-1051
Tel: (206) 501-3502
Email: jbone@corrcronin.com
*Attorney for Plaintiff*

---

**ORDER TO EXTEND TIME FOR SENTRY INSURANCE COMPANY TO RESPOND TO COMPLAINT**

Case No.: 2:22-cv-00869-RSM - 2

SELMAN BREITMAN LLP
600 University Street, Suite 2305
Seattle, WA 98101-4129
T: 206.447.6461  F: 206.588.4185

138 101372 4863-2727-9398 .v1