HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PACIFIC FOOD IMPORTERS, INC.,

Plaintiff,

v.

SENTRY INSURANCE COMPANY,

Defendant.

No. 2:22-CV-00869-RSM

ORDER GRANTING STIPULATED MOTION FOR LEAVE TO AMEND COMPLAINT

This motion, having come before the Court on the parties' Stipulated Motion for Leave to Amend Complaint, and the Court having considered:

1. Plaintiff's Motion for Leave to Amend their Complaint;

2. Declaration of Jeff Bone in Support of Plaintiff's Motion for Leave to Amend their Complaint and the exhibit thereto; and

3. _____;

IT IS HEREBY ORDERED that the Motion for Leave to Amend Complaint is GRANTED. Plaintiff is directed to file the Second Amended Complaint, without redline, within fourteen (14) days of entry of this order.

ORDER GRANTING STIPULATED MOTION FOR LEAVE TO AMENDED COMPLAINT – 1
(Case No. 2:22-CV-00869-RSM)

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

DATED this 13th day of September, 2022.

*[signature]*

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

*Presented by:*

CORR CRONIN LLP

*s/ Jeff Bone*
Jeff Bone, WSBA No. 43965
Brittany A. Madderra, WSBA No. 48514
Corr Cronin LLP
1001 Fourth Avenue, Suite 3900
Seattle, WA  98154-1051
Tel: (206) 625-8600
jbone@corrcronin.com
bmadderra@corrcronin.com

*Attorneys for Plaintiff*

*Approved as to form, notice of presentation waived:*

SELMAN BRIETMAN LLP

*s/Daniel Heath*
Justin Sean Landreth, WSBA No. 44849
Daniel C. Heath, WSBA No. 49051
Selman Brietman LLP
One Union Square
600 University St. Ste. 2305
Seattle, WA 98101
Tel: (206) 388-0723
Tel: (206) 447-6461
jlandreth@selmanlaw.com
dheath@selmanlaw.com

*Attorneys for Defendant*

ORDER GRANTING STIPULATED MOTION FOR LEAVE TO AMENDED COMPLAINT – 2
(Case No.  2:22-CV-00869-RSM)

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2022 I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*s/ Elizabeth F. Roth*
Elizabeth F. Roth

ORDER GRANTING STIPULATED MOTION FOR LEAVE TO AMENDED COMPLAINT – 3
(Case No.  2:22-CV-00869-RSM)

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900