**The Honorable Ricardo S. Martinez**

IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| PACIFIC FOOD IMPORTERS, INC., <br><br> Plaintiff, <br><br> v. <br><br> SENTRY INSURANCE COMPANY <br><br> Defendant. | Case No. 2:22-cv-00869-RSM <br><br> DEFENDANT SENTRY INSURANCE COMPANY'S STIPULATED MOTION FOR CHANGE OF COUNSEL FIRM AFFILIATION AND ORDER |

TO:     THE CLERK OF THE COURT

AND TO:     ALL PARTIES OF RECORD

Defendant Sentry Insurance Company ("Sentry"), provides notice that Justin Landreth and Daniel C. Heath, counsel for Sentry in the above-captioned matter, changed firm affiliation, effective January 1, 2023.  As this change results in the termination of one law office and the appearance of a new law office, Sentry presents this stipulated motion pursuant to LCR 83.2 (b)(1) and (2).

You are requested to serve all further pleadings, notices, documents or other papers, exclusive of original process upon Defendant Sentry Insurance Company by serving its

DEFENDANT SENTRY INSURANCE COMPANY'S
NOTICE OF CHANGE IN FIRM AFFILIATION
Case No.: 2:22-cv-00869-RSM - 1

SELMAN, LEICHENGER, EDISON, HSU,
NEWMAN & MOORE LLP
600 University Street, Suite 2305
Seattle, WA 98101-4129
T: 206.447.6461  F: 206.588.4185

138 101372 4857-6609-3893 .v1

attorneys, Justin Landreth and Daniel C. Heath, at their new firm as follows:

>Justin Landreth
>Daniel C. Heath
>Selman, Leichenger, Edson, Hsu, Newman & Moore LLP
>600 University Street, Suite 2305
>Seattle, WA 98101
>jlandreth@selmanlaw.com
>dheath@selmanlaw.com

Sentry and Plaintiff hereby stipulate that Sentry's counsel, Justin Landreth and Daniel C. Heath, have changed their firm affiliation, effective January 1, 2023, as described above.

DATED: January 10, 2023

By: */s/ Justin Landreth*
Justin Landreth, WSBA# 44849
Daniel C. Heath, WSBA# 49051
SELMAN LEICHENGER EDSON
HSU NEWMAN & MOORE LLP
600 University Street, Suite 2305
Seattle, WA 98101-4129
Telephone: 206.447.6461
Facsimile: 206.588.4185
jlandreth@selmanlaw.com
dheath@selmanlaw.com
*Attorneys for Defendant Sentry Insurance Company*

By: */s/ Brittany A. Madderra (signed by Justin Landreth with permission)*
Jeff Bone, WSBA #43965
Brittany A. Madderra, WSBA #48514
Mark Rutherford, WSBA No. 57519
CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, WA 98104
Telephone: 206.625.8600
jbone@corrcronin.com
bmadderra@corrcronin.com
mrutherford@corrcronin.com
*Attorneys For Plaintiff*

DEFENDANT SENTRY INSURANCE COMPANY'S
NOTICE OF CHANGE IN FIRM AFFILIATION
Case No.: 2:22-cv-00869-RSM - 2

SELMAN, LEICHENGER, EDSON, HSU,
NEWMAN & MOORE LLP
600 University Street, Suite 2305
Seattle, WA 98101-4129
T: 206.447.6461  F: 206.588.4185

138 101372 4857-6609-3893 .v1

## **ORDER**

Pursuant to Stipulation, IT IS SO ORDERED. Defendant Sentry's counsel, Justin Landreth and Daniel C. Heath, have changed their firm affiliation, effective January 1, 2023 to the following firm:

SELMAN LEICHENGER EDSON,
HSU NEWMAN & MOORE LLP
600 University Street, Suite 2305
Seattle, WA 98101
jlandreth@selmanlaw.com
dheath@selmanlaw.com

DATED this 11th day of January, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

DEFENDANT SENTRY INSURANCE COMPANY'S
NOTICE OF CHANGE IN FIRM AFFILIATION
Case No.: 2:22-cv-00869-RSM - 3

SELMAN, LEICHENGER, EDSON, HSU,
NEWMAN & MOORE LLP
600 University Street, Suite 2305
Seattle, WA 98101-4129
T: 206.447.6461  F: 206.588.4185

138 101372 4857-6609-3893 .v1

# CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to all counsel of record who receive CM/ECF notification.

I further certify that on January 10, 2023, I served a copy of the foregoing on:

| | |
|---|---|
| **Attorney for Plaintiff**<br>Jeff Bone<br>Brittany Madderra<br>Mark Rutherford<br>Corr Cronin LLP<br>1015 Second Avenue, Floor 10<br>Seattle, WA 98104-1001<br>jbone@corrcronin.com<br>bmadderra@corrcronin.com<br>mrutherford@corrcronin.com<br>cnelson@corrcronin.com | ☒ CM/ECF E-Service<br>☒ Email<br>☐ US Mail<br>☐ Overnight Mail<br>☐ Hand Delivery |
| **Defendant Sentry Insurance Company**<br>Tami Tisor<br>Claims Specialist<br>Sentry Insurance Company<br>Box 8042<br>Stevens Point, Wisconsin 54481<br>Tami.Tisor@Sentry.com | ☐ CM/ECF E-Service<br>☒ Email<br>☐ US Mail<br>☐ Overnight Mail<br>☐ Hand Delivery |

DATED this 10th day of January, 2023.

*/s/ Emily Rose*
Emily Rose
erose@selmanlaw.com

DEFENDANT SENTRY INSURANCE COMPANY'S
NOTICE OF CHANGE IN FIRM AFFILIATION
Case No.: 2:22-cv-00869-RSM - 4

SELMAN, LEICHENGER, EDSON, HSU,
NEWMAN & MOORE LLP
600 University Street, Suite 2305
Seattle, WA 98101-4129
T: 206.447.6461  F: 206.588.4185

138 101372 4857-6609-3893 .v1