The Honorable Ricardo S. Martinez

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PACIFIC FOOD IMPORTERS, INC., <br><br> Plaintiff, <br><br> v. <br><br> SENTRY INSURANCE COMPANY, <br><br> Defendant. | Case No. 2:22-cv-00869 RSM <br><br> **ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY ORDERED that the parties' Stipulation of Dismissal with Prejudice is GRANTED without costs, attorney fees, prevailing party fees or disbursements to any party.

IT IS SO ORDERED AND ADJUDGED

DATED this 25th day of May, 2023.

*/s/ Ricardo S. Martinez*
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

1  Submitted By:

2  CORR CRONIN LLP

3

4

5  *s/ Jeff Bone*
   Jeff Bone, WSBA No. 43965
6  Brittany Madderra, WSBA No. 48514
   Mark Rutherford, WSBA No. 57519
7  *Attorneys for Plaintiff*
   *Pacific Food Importers, Inc.*
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION OF DISMISSAL WITH PREJUDICE
Case No.: 2:22-cv-00869 - 2